UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHI JONES,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT COUNSEL, INC.,<br><br>    Defendant. | No. 1:20-cv-01292-NONE-HBK<br><br>**ORDER GRANTING MOTION FOR EXTENSION and VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(i) and ASSIGNMENT TO DISTRICT JUDGE**<br><br>(Doc. Nos. 7, 8). |

On December 1, 2020, Plaintiff filed a motion for extension of time to file dismissal documents. (Doc. No. 7). On December 22, 2020, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice citing Fed. R. Civ. P. 41(a)(1)(A)(i), noting each party will bear their own respective fees and costs. (Doc. 8).

Accordingly:

1. Plaintiff's motion for an enlargement of time (Doc. No. 7) is **GRANTED *nunc pro tunc*.**

2. This action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

3. The Clerk of Court is respectfully directed to terminate all pending motions, assign this case to a district judge and close this case.

1

IT IS SO ORDERED.

Dated:   December 28, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE